1  Gregory G. Iskander, Bar No. 200215
   giskander@littler.com
2  Chad D. Greeson, Bar No. 251928
   cgreeson@littler.com
3  Nicholas Gioiello, Bar No. 318418
   ngioiello@littler.com
4  LITTLER MENDELSON, P.C.
   Treat Towers
5  1255 Treat Boulevard
   Suite 600
6  Walnut Creek, California  94597
   Telephone:    925.932.2468
7  Fax No.:       925.946.9809

8  Attorneys for Defendant
   THYSSENKRUPP INDUSTRIAL SOLUTIONS (USA),
9  INC.

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13
   LAVON GODFREY, an individual,              Case No. 4:23-cv-04088-KAW
14
                   Plaintiff,                 [PROPOSED] ORDER OF DISMISSAL
15                                            WITH PREJUDICE OF ENTIRE
          v.                                  ACTION
16
   SPEC PERSONNEL, LLC, a company;
17 THYSSENKRUPP INDUSTRIAL
   SOLUTIONS (USA), INC., a company, and     Trial Date: None Set
18 DOES 1 through 50, inclusive,             Complaint Filed:   June 20, 2023

19                 Defendants.

20

21

22

23

24

25

26

27

28
LITTLER
MENDELSON, P.C.   4936-3049-7030.1 / 078056-1139
 Treat Towers
1255 Treat Boulevard
   Suite 600
 Walnut Creek, CA
    94597
 925.932.2468

                                              [PROPOSED] ORDER
                                              CASE NO.4:23-CV-04088-KAW

1    Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that the above action is

2    dismissed with prejudice in its entirety, as to all claims and all defendants, with each party to bear its

3    own attorney's fees and costs.

4        IT IS SO ORDERED

5

6    Dated:    December 18, 2024

7                                                                        Hon. Kandis A. Westmore
                                                                         Magistrate Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON,
P.C.
Treat Towers
1255 Treat Boulevard

4936-3049-7030.1 / 078056-1139

2

[PROPOSED] ORDER
CASE NO.4:23-CV-04088-KAW